IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**

NOV 20 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR 23-483 HE |
| | ) | |
| MICHAEL ANTHONY WILSON, II, | ) | Violations: 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

### I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
(Felon in Possession of a Firearm)

On or about October 13, 2023, in the Western District of Oklahoma,

---------------------------- **MICHAEL ANTHONY WILSON, II,** ----------------------------

with knowledge that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, specifically: a Sig Sauer, model P365, 9mm Luger caliber pistol, bearing serial number 66A265922, which was in and affecting interstate or foreign commerce in that said firearm had previously crossed state lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(8).

## FORFEITURE

The allegation contained in this Indictment is hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **MICHAEL ANTHONY WILSON, II,** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Sig Sauer, model P365, 9mm Luger caliber pistol, bearing serial number 66A265922; and

2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

JACQUELYN M. HUTZELL
Assistant United States Attorney

2